UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff(s),<br>v.<br><br>RABANCO LTD.,<br><br>Defendant(s). | CASE NO. C26-1072-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

On May 27, 2026, this action was transferred to the Honorable Kymberly K. Evanson as related to case number C26-545KKE. Dkt. No. 9. The transfer order erroneously instructed that all pleadings filed in this case shall bear case number C26-545KKE, but the two related cases should maintain their separate case numbers. All future pleadings in this case shall bear case number C26-1072KKE. The Clerk is directed to UPDATE the docket (Dkt. No. 9) to reflect the corrected case number.

Dated this 14th day of August 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk